AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

John Burton

v.

Rozzelle, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-207-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  The Complaint is DISMISSED Without Prejudice for failure to state a claim upon which relief may be granted.  28 U.S.C. §§ 1915(e)(2) and 1915A (b)(1).

March 20, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson